

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2016

No. 04-15-00673-CV

**USAA TEXAS LLOYD'S COMPANY**,
Appellant

v.

John **DOE** and Jane Doe, Individually and as Next Friends of XXX, a Minor,
Appellees

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 392757
Honorable Walden Shelton, Judge Presiding

## O R D E R

On February 18, 2016, we issued an order abating this appeal because appellees were in bankruptcy. Appellant has now filed a motion to reinstate this appeal. A certified copy of the bankruptcy court's order lifting the automatic stay as it applies to this appeal was filed with the motion. *See* TEX. R. APP. P. 8.3(a).

Therefore, the motion to reinstate is GRANTED. This appeal is reinstated on the docket of this court. When the appeal was abated appellant's brief had been filed and appellees' brief was due to be filed on February 18, 2016.

Appellees' brief is now due on **September 15, 2016**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court